WILKERSON, APPELLANT, *v.* MITCHELL, WARDEN, APPELLEE.

[Cite as *Wilkerson v. Mitchell* (1999), 87 Ohio St.3d 52.]

(No. 99–1033—Submitted September 15, 1999—Decided October 13, 1999.)

*Randolph D. Wilkerson,* pro se.

*Betty D. Montgomery,* Attorney General, and *Michele M. Schoeppe,* Assistant Attorney General, for appellee.

---

**Per Curiam.** We affirm the judgment of the court of appeals. Wilkerson's claims challenge the validity and sufficiency of his indictment and are not cognizable in habeas corpus. See *Shie v. Leonard* (1998), 84 Ohio St.3d 160, 161, 702 N.E.2d 419, 420. Moreover, Wilkerson's robbery convictions were based on an indictment expressly charging him with those offenses.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.